IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SPRINGFIELD DIVISION

---------------------------------------------------------------

David Andrew Douglas, )
Plaintiff, )
)
                                     ) Case No **6:25-cv-03286-BP**
)
v. )
)
CITY OF SPARTA, MISSOURI, et al. )
Defendants. )

---------------------------------------------------------------

NOTICE OF SUPPLEMENTAL EXHIBIT G
– AFFIDAVIT OF BOND DURESS, DISCOVERY DENIAL, AND DOCKET MANIPULATION

Plaintiff respectfully submits this filing as \*\*Supplemental Exhibit G\*\*.

This packet includes an updated Exhibit Index (A–G), a sworn affidavit documenting unlawful
bond duress, discovery denial, docket manipulation, and collusion, and a proposed order. This
filing is intended to supplement Plaintiff's pending \*\*Temporary Restraining Order\*\* request and
provide further proof of continuing harm and irreparable injury.

---

## UPDATED EXHIBIT INDEX (A–G)

- \*\*Exhibit A\*\* – State's Amended Misdemeanor Information (filed September 22, 2025).

- \*\*Exhibit B\*\* – State's Second Amended Misdemeanor Information (filed October 6, 2025).

- \*\*Exhibit C\*\* – Email from Case Tracker (October 3, 2025, 9:26 p.m.) showing only one docket
entry for October 3.

- \*\*Exhibit D\*\* – CaseNet screenshot (October 3, 2025, 2:17 p.m.) showing one docket entry.

- \*\*Exhibit E\*\* – CaseNet screenshot (October 6, 2025, 7:23 a.m.) showing two docket entries
for October 3.

- \*\*Exhibit F\*\* – CaseNet screenshot (October 6, 2025, 10:58 a.m.) showing three docket
entries for October 3.

- \*\*Exhibit G\*\* – Affidavit of Bond Duress, Discovery Denial, and Docket Manipulation (filed
contemporaneously with this notice).

---

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SPRINGFIELD DIVISION

---------------------------------------------------------------

David Andrew Douglas,                                    )
Plaintiff,                                               )
                                                         )    Case No **6:25-cv-03286-BP**
                                                         )
v.                                                       )
                                                         )
CITY OF SPARTA, MISSOURI, et al.                         )
Defendants.                                              )

---------------------------------------------------------------

## AFFIDAVIT OF DAVID ANDREW DOUGLAS
### (Submitted as Exhibit G)

I, David Andrew Douglas, under oath, state the following:

1. **Bond Duress from the Outset.** On June 27, 2025, I was compelled under duress to place an "X" mark on bond paperwork as the only means to secure release from jail. I never consented to these terms, my money was taken, and no valid contract was formed. No bond hearing has been held for over one hundred (100+) days.

2. **Ongoing Illegal Bond Conditions.** Despite lack of valid consent, I have been subjected to weekly reporting requirements and threats of sanction for non-compliance. These conditions amount to unlawful restraint and continuing injury without judicial review.

3. **Denial of Discovery.** At no time has discovery been provided to me. Although docket entries suggested discovery was filed, no actual discovery materials were available for review, download, or inspection. This constitutes constructive fraud upon both the Plaintiff and the Court.

4. **Judicial Disregard.** On September 24, 2025, Judge Bacon stated in open court: *"I see you made some filings. I am going to disregard those."* My filings — including my perfect bond letter and affidavit of compliance under duress — were deliberately buried in the docket *after* the hearing, misrepresenting the timeline.

5. **Docket Manipulation.** These acts were purposeful. The docket was altered to make it appear my filings came after the hearing when in truth they were timely filed that morning.

6. **Open Collusion.** My wife, Suzanne Douglas, and my sister-in-law, Bonnie Douglas, personally witnessed open collusion between the judge and prosecutor after I left the courtroom, in front of approximately seventy-five (75) witnesses, where a bench trial was demanded without my consent.

7. **Continuing Harm.** These actions prove ongoing misconduct, deliberate indifference, and coordinated manipulation, reinforcing the need for immediate federal protection and judicial intervention.

I affirm the above is true, correct, and made under penalty of perjury under the laws of the United States of America.

Dated: October 6, 2025

Respectfully submitted,

David Andrew Douglas, Plaintiff
In propria persona
All rights reserved
PO Box 459
Sparta, Missouri 65753
Phone: (417) 571-8631

Witnesses:
Suzanne Douglas
Bonnie Douglas

---

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SPRINGFIELD DIVISION

---------------------------------------------------------------

David Andrew Douglas,                          )
Plaintiff,                                     )
                                               )    Case No **6:25-cv-03286-BP**
                                               )
v.                                             )
                                               )
CITY OF SPARTA, MISSOURI, et al.               )
Defendants.                                    )

---------------------------------------------------------------

(PROPOSED) ORDER TAKING JUDICIAL NOTICE OF SUPPLEMENTAL EXHIBIT G

Upon review of Plaintiff's filing, the Court hereby **takes judicial notice** of **Supplemental
Exhibit G** (Affidavit of Bond Duress, Discovery Denial, and Docket Manipulation) as part of the
record in this matter, for consideration in connection with Plaintiff's pending motions, including
the Temporary Restraining Order.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Beth Phillips Chief Judge, U.S. District Court
Western District of Missouri
Southern Division