# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| DAVID ANDREW DOUGLAS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 25-cv-03286-SRB |
| CITY OF SPARTA, MISSOURI, et al., | ) |
| Defendants. | ) |

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

As for the reasons stated in this Court's prior Order (Doc. #11), this case is hereby DISMISSED WITHOUT PREJUDICE.

October 8, 2025
Date

Paige Wymore-Wynn
Clerk of Court

/s/ Tracey D. Peters
(by) Deputy Clerk