IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SPRINGFIELD DIVISION

---

David Andrew Douglas, )
Plaintiff, )
) Case No 6:25-cv-03286-BP
)
v. )
)
CITY OF SPARTA, MISSOURI, et al. )
Defendants. )

---

**EMERGENCY MEDICAL NOTICE – PRE-HEARING FILING**
Anticipation of Unlawful Detention at October 8, 2025 Hearing

I, David Andrew Douglas, declare under penalty of perjury:

1. On October 8, 2025, I am scheduled to appear in Christian County Circuit Court at 1:30 PM before Judge Doug Bacon.

2. At 8:01 AM on that same date, I will file into the state docket notice of my active federal case presently before this Honorable Court, thereby placing all state actors on direct notice of federal jurisdiction.

3. Based on prior unlawful detention, denial of due process, and ongoing docket manipulation, I have reason to believe that state actors may attempt to seize or incarcerate me despite lack of jurisdiction and in retaliation for my federal filings.

4. I hereby give advance notice to this Honorable Court:
- If I am unlawfully detained, I will **refuse all food and water** while in custody.
- I will **not sign or consent to any documents** under duress.
- I will remain peaceful and cooperative in word and demeanor but will not participate in unlawful procedures.

5. My refusal arises from prior documented mistreatment in Christian County Jail, including deprivation and unsanitary conditions that caused severe dehydration during a prior detention.

6. Any deterioration in my health while detained is attributable to deliberate indifference by state officials, who are hereby on notice of the risk.

---

RELIEF REQUESTED

Plaintiff respectfully requests this Honorable Court to:
- Take judicial notice of this Emergency Medical Notice prior to the October 8, 2025 hearing;
- Order state officials to account for my health and safety should I be detained;
- Be prepared to enter emergency relief, including immediate stay of state proceedings or habeas corpus release, should unlawful detention occur;
- Enter such other and further relief as justice requires.

---

Dated: October 8, 2025

Respectfully submitted,

David Andrew Douglas
In propria persona
All rights reserved
PO Box 459
Sparta, Missouri 65753
Phone: (417) 571-8631